AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
| TONY BROWN | ) Case No. 3:14mj124 (WIG) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/13 through 3/14__ in the county of __New Haven__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute narcotics |
| 21 U.S.C. § 846 | Conspiracy to possess with the intent to distribute, and to distribute, narcotics |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

ATF Special Agent Daniel Prather
Printed name and title

Sworn to before me and signed in my presence.

Date: 06/17/2014

/s/
_____
Judge's signature

City and state: Bridgeport, Connecticut    William I. Garfinkel, United States Magistrate Judge
Printed name and title

FILED 2014 JUN 18 PM 2:28 U.S. DISTRICT COURT NEW HAVEN